**Order issued September 29, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01251-CR**
**No. 05-14-01252-CR**

**LAVANDRA DONTEKA RUSHING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Bridges, Francis, and Myers

Based on the Court's opinion of this date, we **GRANT** the May 21, 2015 motion of Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Lavandra Donteka Rushing, Bookin #15045219, Dallas County Jail, Kays Tower, KT04-A, P. O. Box 660334, Dallas, Texas, 75266-0334.

/Molly Francis/
MOLLY FRANCIS
JUSTICE